# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-14161

_____

ZURY BRITO-ARROYO,

                                       Petitioner-Appellant,

*versus*

UNITED STATES OF AMERICA,

                                       Respondent-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-01934-TWT

_____

ORDER:

The clerk has construed Zury Brito-Arroyo's notice of appeal as a motion for a certificate of appealability (COA), on appeal from the denial of Brito-Arroyo's 28 U.S.C. § 2255 motion. To warrant a COA, when a district court denied a § 2255 motion on substantive grounds, the movant must show that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong" or that the issues "deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Because reasonable jurists would debate the denial of Brito-Arroyo's § 2255 motion, his construed motion for a COA is GRANTED as to this issue:

> Whether the magistrate judge erred in concluding, without an evidentiary hearing, that Brito-Arroyo's trial counsel was not deficient for advising him to reject a favorable plea agreement in favor of seeking suppression of the evidence against him and that prejudice did not result.

Additionally, on its own motion, the Court GRANTS appointment of counsel for Brito-Arroyo. Counsel will be appointed by separate order.

/s/ Andrew L. Brasher
UNITED STATES CIRCUIT JUDGE